# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Pamela R. Lawson,
Attorney at Law, Bar No. 5044

Case No. 2:24-ms-00045-APG

**ORDER OF SUSPENSION**

Attorney Pamela R. Lawson, State Bar No. 5044, was suspended by the Supreme Court of Nevada on July 2, 2024.  On October 27, 2024, the court ordered Ms. Lawson to show cause why this court should not impose reciprocal discipline and suspend her. ECF No. 1.  That order was mailed via certified mail.  The delivery status is unknown.  Regardless, the order provided Ms. Lawson with 30 days to respond with reasons why she should not be suspended.  No response has been received.  Failure to respond requires me to enter an order of suspension. Local Rule IA 11-7(e)(2).

I THEREFORE ORDER that Pamela R. Lawson, Bar No.5044, is suspended from practice in United States District Court for the District of Nevada.

DATED THIS 19th Day of  December         , 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 31 day of ___December___ 2024, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Pamela R. Lawson
> 1027 S. Rainbow Blvd., #292
> Las Vegas, NV 89145

Certified Mail No.: 7020 3160 0000 7420 1995

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada